TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00462-CR

Ex Parte: Calvin Ray Washington, Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 0945411, HONORABLE BOB PERKINS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order of the trial court denying relief on appellant's writ
of habeas corpus. Appellant has filed a motion to dismiss this appeal. No decision of this Court
has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P.
59(b).

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: October 11, 1995

Do Not Publish